| CRIMINAL COMPLAINT | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>Freddy Gutierrez; DOB: 1979; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>14-00218 MJ |

Complaint for violation of Title 21, United States Code § 846

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Beginning at a time unknown, and continuing to on or about September 26, 2014, at or near Arivaca, in the District of Arizona, **Freddy Gutierrez,** named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On September 26, 2014, at approximately 9:30 am, United States Border Patrol agents observed footprints for a group of individuals walking through the desert near Arivaca, Arizona. Agents followed the footprints and apprehended one individual, later identified as Freddy Gutierrez. Agents also located and seized six bundles of marijuana wrapped in burlap. Freddy Gutierrez was apprehended approximately 10 feet from the bundles of marijuana. He had burlap fibers on his clothing and a short piece of rope, matching the rope on the bundles in his possession. Post *Miranda* Freddy Gutierrez admitted to smuggling marijuana for a third party in exchange for a fee. The total approximate weight of marijuana was 144 kilograms.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Russell/ic<br>AUTHORIZED BY: AUSA Craig H. Russell | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>BPA |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 29, 2014 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54